Mildred SINGH, Plaintiff—Appellant,

v.

William J. HENDERSON, Postmaster General, of the United States Postal Service; John E. Potter, Postmaster General of the United States Postal Service, Defendants—Appellees.

No. 01–56400.
D.C. No. CV–00–11785–AHM.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 17, 2003.*

Decided Feb. 24, 2003.

---

* The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

**434**

Before FRIEDMAN,** KOZINSKI and RAWLINSON, Circuit Judges.

### MEMORANDUM ***

Appellant Mildred Singh failed to raise a material issue of fact regarding her discrimination action, as her appeal to the EEOC was untimely. *See* 29 C.F.R. § 1614.402(a). The district properly granted summary judgment in favor of the United States Postal Service. *See O'Connor v. Boeing N. Am., Inc.,* 311 F.3d 1139, 1149 (9th Cir.2002); *see also Foss v. Thompson,* 242 F.3d 1131, 1133–34 (9th Cir.2001).

AFFIRMED.

** The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

